# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **THE HEIRS AT LAW OF,** ] | |
| **CATHERINE GETAW, et al.** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| **v.** ] | 2:17-cv-1823-KOB |
| ] | |
| **CIT BANK, N.A., et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## FINAL ORDER

This case is before the court on Defendants' motions to dismiss the amended complaint. (Docs. 5, 8). The court GRANTS the motions to dismiss the amended complaint for lack of jurisdiction. The court DISMISSES WITHOUT PREJUDICE the amended complaint.

The court DIRECTS the Clerk to close this case.

**DONE** and **ORDERED** this 30th day of May, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE